Cat/div _SSD/1983/WPB_

Case # _____

Judge _____ Mag _REID_

Motn ifp _YES_ Fee pd $ _O_

Receipt # _____

AO 241 (Rev. 09/17)

FILED BY _PG_ D.C.

**NOV 25 2019**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District: Southern |
|---|---|

| Name (under which you were convicted): Shofronski Robinson | Docket or Case No.: F16-10328 |
|---|---|

| Place of Confinement : Martin Correctional Institution | Prisoner No.: B01036 |
|---|---|

Petitioner (include the name under which you were convicted)    Respondent (authorized person having custody of petitioner)

v.

| Shofronski Robinson | Florida Department of Corr. |
|---|---|

The Attorney General of the State of: Florida

**PETITION**

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:
    In eleventh judicial circuit court in and for Dade County

    (b) Criminal docket or case number (if you know): F16-10328 / 3D19-1279

2.  (a) Date of the judgment of conviction (if you know): April 20, 2018

    (b) Date of sentencing: April 20, 2018

3.  Length of sentence: 20 years 5 yrs. probation

4.  In this case, were you convicted on more than one count or of more than one crime?    ☐ Yes    ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case:
    Aggravated Battery Deadly Weapon/Great Bodily Harm

6.  (a) What was your plea? (Check one)

    ☐ (1)    Not guilty          ☐ (3)    Nolo contendere (no contest)

    ☑ (2)    Guilty              ☐ (4)    Insanity plea

AO 241 (Rev. 09/17)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to?   N/A

_____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

    ❏ Jury   ☑ Judge only

7.   Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ❏ Yes   ☑ No

8.   Did you appeal from the judgment of conviction?

    ☑ Yes   ❏ No

9.   If you did appeal, answer the following:

    (a) Name of court: 3rd District Court of Appeal

    (b) Docket or case number (if you know): DCA# 3D19-1279

    (c) Result: Per Curiam Affirmed

    (d) Date of result (if you know): Sept. 26. 2019

    (e) Citation to the case (if you know): no. 3D19-1279

    (f) Grounds raised:

Withdrawing of Plea (1)

ineffective assistance of counsel (2)

Plea was Involuntary giving (3)

ineffective assistance failing to investigate (4)

ineffective counsel fail to present insanity defense (5)

    (g) Did you seek further review by a higher state court?   ☑ Yes   ❏ No

    If yes, answer the following:

    (1) Name of court: 3DCA

    (2) Docket or case number (if you know): DCA # 3D19-1279

    (3) Result: Per Curiam Affirmed

AO 241 (Rev. 09/17)

(4) Date of result (if you know): Sept. 25, 2019

(5) Citation to the case (if you know): No. 3019 - 1279

(6) Grounds raised: Withdrawing of Plea (1)   Ineffective Assistance of Counsel (2)   Plea was involuntary giving (3)   Ineffective assistance failing to investigate (4)   Ineffective counsel fail to present insanity defense (5)

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☑ No

If yes, answer the following:

(1) Docket or case number (if you know): N/A

(2) Result: N/A

(3) Date of result (if you know): N/A

(4) Citation to the case (if you know): N/A

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court?   ☐ Yes   ☑ No

11. If your answer to Question 10 was "Yes," give the following information:

(a) (1) Name of court: N/A

(2) Docket or case number (if you know): N/A

(3) Date of filing (if you know): N/A

(4) Nature of the proceeding: N/A

(5) Grounds raised: N/A
N/A
N/A
N/A
N/A
N/A
N/A
N/A

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result: N/A

AO 241 (Rev. 09/17)

(8) Date of result (if you know): _____ N/A _____

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____ N/A _____

(2) Docket or case number (if you know): _____ N/A _____

(3) Date of filing (if you know): _____ N/A _____

(4) Nature of the proceeding: _____ N/A _____

(5) Grounds raised: _____ N/A _____

_____ N/A _____

_____ N/A _____

_____ N/A _____

_____ N/A _____

_____ N/A _____

_____ N/A _____

_____ N/A _____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result: _____ N/A _____

(8) Date of result (if you know): _____ N/A _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____ N/A _____

(2) Docket or case number (if you know): _____ N/A _____

(3) Date of filing (if you know): _____ N/A _____

(4) Nature of the proceeding: _____ N/A _____

(5) Grounds raised: _____ N/A _____

_____ N/A _____

_____ N/A _____

_____ N/A _____

_____ N/A _____

_____ N/A _____   _____ N/A _____

_____ N/A _____

_____ N/A _____

_____ N/A _____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☑ No

(7) Result: *N/A*

(8) Date of result (if you know): *N/A*

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:   ☑ Yes   ☐ No

(2) Second petition:   ☐ Yes   ☑ No

(3) Third petition:   ☐ Yes   ☑ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

*N/A*

*N/A*

12.   For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE:** *Petitioner Was Denied His 14th Amendment Right to Withdraw His Guilty Plea*

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

*Plea agreement which the Petitioner was advised if he plead guilty to the charge of Aggravated Battery he would recieve Ten years in prison. But when petitioner appeared before the court the prosecutor recommend Twenty years in prison as a Felony offender which breach contract Plea agreement.*

(b) If you did not exhaust your state remedies on Ground One, explain why: *N/A*

*N/A*

*N/A*

*N/A*

*N/A*

*N/A*

*N/A*

AO 241 (Rev. 09/17)

(c)     **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?        ☑ Yes        ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:  *N/A*

*N/A*

*N/A*

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes        ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:  *3. 850*

Name and location of the court where the motion or petition was filed:  *3 DCA*

Docket or case number (if you know):  *3D19-1279*

Date of the court's decision:  *Sept 25. 2019*

Result (attach a copy of the court's opinion or order, if available):  *Per Curiam   Affirmed*

(3) Did you receive a hearing on your motion or petition?        ☐ Yes        ☑ No

(4) Did you appeal from the denial of your motion or petition?        ☑ Yes        ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?        ☑ Yes        ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:  *3 DCA*

Docket or case number (if you know):  *DCA # 3D19-1279*

Date of the court's decision:  *Sept. 25. 2019*

Result (attach a copy of the court's opinion or order, if available):  *Per Curiam   Affirmed*

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

*N/A*

*N/A*

*N/A*

*N/A*

AO 241 (Rev. 09/17)

**(e) Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One: N/A

N/A

N/A

**GROUND TWO:** Petitioner was denied his 6th amendment right to effective assistance of counsel.

**(a)** Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Counsel was ineffective for failing to advise the court of the prosecutor breaching plea agreement when the prosecutor had promise petitioner ten years if he plead guilty to aggravated battery. But at sentencing prosecutor recommend twenty years.

**(b)** If you did not exhaust your state remedies on Ground Two, explain why: N/A

N/A

N/A

N/A

**(c)** **Direct Appeal of Ground Two:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☑ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: N/A

N/A

N/A

**(d)** **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: 3.850

Name and location of the court where the motion or petition was filed: 3DCA

Docket or case number (if you know): 3D19-1279

AO 241 (Rev. 09/17)

Date of the court's decision: Sept. 25. 2019

Result (attach a copy of the court's opinion or order, if available): Per Curiam Affirmed

(3) Did you receive a hearing on your motion or petition?  ☐ Yes  ☑ No

(4) Did you appeal from the denial of your motion or petition?  ☑ Yes  ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?  ☑ Yes  ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: 3 DCA

Docket or case number (if you know): DCA # 3D19-1279

Date of the court's decision: Sept. 25. 2019

Result (attach a copy of the court's opinion or order, if available): Per Curiam Affirmed

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

N/A

N/A

N/A

(e)  **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Two : N/A

N/A

N/A

N/A

**GROUND THREE:** Petitioner was denied his 14th Amendment right to Due Process

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Plea was involuntary because he suffers from developmental disability and was under the influence of Psychotropic medication. Court should have conducted competency hearing after learning of defendants history of Psychological problems

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _N/A_
_____ N/A _____
_____ N/A _____
_____ N/A _____

(c)   **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _N/A_
_____ N/A _____
_____ N/A _____

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

      ☑ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _3.850_

Name and location of the court where the motion or petition was filed: _3DCA_

Docket or case number (if you know): _3D19-1279_

Date of the court's decision: _Sept. 25. 2019_

Result (attach a copy of the court's opinion or order, if available): _Per Curiam      Affirmed_

(3) Did you receive a hearing on your motion or petition?                          ☐ Yes   ☑ No

(4) Did you appeal from the denial of your motion or petition?                     ☑ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _3DCA_

Docket or case number (if you know): _DCA # 3D19 - 1279_

Date of the court's decision: _Sept. 25. 2019_

Result (attach a copy of the court's opinion or order, if available): _Per Curiam      Affirmed_

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A

N/A

N/A

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you
have used to exhaust your state remedies on Ground Three: N/A

N/A

N/A

**GROUND FOUR:** Petitioner was denied his 6th Amendment right to effective assistance of counsel

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

counsel was ineffective for failing to investigate that petitioner had mental health issues and had been baker acted which required the insanity defense. When a defendant Alleges sufficient facts to establish ineffective Assistance of counsel due to an attorney's failure to raise an insanity defense, an evidentary hearing is required

(b) If you did not exhaust your state remedies on Ground Four, explain why: N/A

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?  ☑ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: N/A

N/A

N/A

(d)     **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: 3.850

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: 3 DCA

Docket or case number (if you know): 3D19 -1279

Date of the court's decision: Sept 25, 2019

Result (attach a copy of the court's opinion or order, if available): Per Curiam Affirmed

(3) Did you receive a hearing on your motion or petition? ☐ Yes ☑ No

(4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: 3 DCA

Docket or case number (if you know): DCA # 3D19-1279

Date of the court's decision: Sept. 25, 2019

Result (attach a copy of the court's opinion or order, if available): Per Curiam Affirmed

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

N/A N/A N/A N/A N/A N/A

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: N/A N/A N/A N/A N/A N/A

Ground five: Petitioner was denied his 6th Amendment right to effective assistance of counsel

(a) Supporting facts: counsel was ineffective for failing to present the insanity defense on his behalf because Petitioner qualified for it under that M'naghen Test.

(b) If you did not exhaust your state remedies on Ground four, explain why: N/A.

(c) Direct Appeal of Ground four:
(1) If you appealed from the judgment of conviction, did you raise this issue? YES
(2) If you did not raise this issue in your direct appeal, explain why: N/A

(d) Post-Conviction Proceedings:
(i) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court? YES

If your answer to Question (d)(i) is "YES", state:
Type of motion or petition: 3.850

Name and location of the court where the motion or petition was filed: 3DCA

Docket or case number (if you know): 3D19-1279
Date of the courts decision: Sept. 25, 2019
Result: Per Curiam Affirmed.

page 12 of 16

(3) Did you receive a hearing) on your motion or petition? __NO__

(4) Did you appeal from denial of your motion or petition? __Yes__

(5) If your answer to Question (d)(4) is "YES", did you raise this issue in the appeal? __YES__

(6) If your answer to Question (d)(4) is "YES", state

Name and Location of the court where the appeal was filed: __3 DCA__

Docket or case number: __DCA # 3D19-1279__
Date of the court's decision: __Sept. 25, 2019__
Result: __Per Curiam      Affirmed__

(7) If your answer to Question (d)(4) or Question (d)(5) is "No", explain why you did not raise this issue: __N/A__

(8) Other Remedies:   N/A

AO 241 (Rev. 09/17)

13.    Please answer these additional questions about the petition you are filing:

(a)    Have all grounds for relief that you have raised in this petition been presented to the highest state court
having jurisdiction?  ☑ Yes        ☐ No

If your answer is "No," state which grounds have not been so presented and give your reason(s) for not
presenting them:    N/A

N/A

N/A

N/A

(b)    Is there any ground in this petition that has not been presented in some state or federal court?  If so, which
ground or grounds have not been presented, and state your reasons for not presenting them:

N/A

N/A

N/A

14.    Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction
that you challenge in this petition?        ☐ Yes        ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues
raised, the date of the court's decision, and the result for each petition, application, or motion filed.  Attach a copy
of any court opinion or order, if available.    N/A

N/A

N/A

N/A

N/A

N/A

N/A

15.    Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for
the judgment you are challenging?        ☐ Yes        ☑ No

If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues
raised.    N/A

N/A

N/A

N/A

N/A

AO 241 (Rev. 09/17)

16.     Give the name and address, if you know, of each attorney who represented you in the following stages of the
        judgment you are challenging:

        (a) At preliminary hearing:     N/A

                                              N/A

        (b) At arraignment and plea:    N/A

                                              N/A

        (c) At trial:                   N/A

                                              N/A

        (d) At sentencing:              N/A

                                              N/A

        (e) On appeal:                  N/A

                                              N/A

        (f) In any post-conviction proceeding:    N/A

                                              N/A

        (g) On appeal from any ruling against you in a post-conviction proceeding:    N/A

                                              N/A

                                              N/A

17.     Do you have any future sentence to serve after you complete the sentence for the judgment that you are
        challenging?          ☐ Yes      ☑ No

        (a) If so, give name and location of court that imposed the other sentence you will serve in the future:

                              N/A

                                      N/A

        (b) Give the date the other sentence was imposed:     N/A

        (c) Give the length of the other sentence:     N/A

        (d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the
        future?                ☐ Yes      ☐ No

18.     TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain
        why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

        I was sentenced on this date April 20, 2018
        I filed a 3850 on this date April 23, 2019
        There was a timely notice of Appeal
        Petitioners appeal was Affirmed on this date Sept 25, 2019
        Therefore, this Petition is timely.

AO 241 (Rev. 09/17)

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court.  The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: Federal Evidentary Hearing, New Trial, Reversal of conviction and Sentance

or any other relief to which petitioner may be entitled.

_____ B01036

Pro-Se   Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on PROVIDED TO MARTIN CORRECTIONAL INSTITUTION ON 11 20 19 FOR MAILING  AT   (month, date, year).

PROVIDED TO MARTIN CORRECTIONAL INSTITUTION FOR MAILING 11 20 19 AT

Executed (signed) on _____ (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

_____

Shafronski Robinson
#180108b  B1-207U
Martin Correctional Institution
150 S.W. Allapattah Road
Indiantown, Florida 34956

PROVIDED TO MARTIN
CORRECTIONAL INSTITUTION
ON ___11/20/19___
FOR MAILING

Clerk of Courts
400 N. Miami Avenue, 8th Floor
Miami, Florida 33128

U.S.M.S INSPECTED